In the Matter of the Probate of the Last Will and Testament of Anna V. King, Deceased. Idella V. Twichell and Others, Appellants; George Herbert King and Others, Respondents.— Decree unanimously affirmed, with costs.

In the Matter of the Claim of Helena Meyer, Respondent, for Compensation under the Workmen's Compensation Law, v. Morris & Company, Employer, and Zurich General Accident and Liability Insurance Company, Limited, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of Signe E. Sterling, Respondent, etc., v. The Western Union Telegraph Company, Employer, Appellant.— Award reversed and matter remitted to the Commission for further action, on the authority of *Matter of Wilson* v. *Dorflinger & Sons* (218 N. Y. 84). All concurred.

In the Matter of the Judicial Settlement of the Account of Joseph W. Smitley, as Trustee of the Trust Created by the Twenty-third Clause of the Will of Jane Ann Smitley, Late of the City and County of Schenectady, Deceased, for the Benefit of Cornelia Van Epps. Josephine S. Myers, Appellant; Joseph W. Smitley, as Trustee, etc., and Others, Respondents.— Decree unanimously affirmed, with costs.

In the Matter of the Claim of James C. Woodward, Claimant, Respondent, v. E. W. Conklin & Son, Inc., Employer, and Ætna Life Insurance Company, Insurance Carrier, Appellants.— Motion granted.

James M. Hyde, Appellant, v. The New York Central and Hudson River Railroad Company, as Lessee of the Boston and Albany Railroad, Respondent.— Judgment and order unanimously affirmed, with costs.

Bartlett Nye, Respondent, v. Emma J. Goven, as Executrix, etc., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Orleans County Quarry Company, Respondent, v. The State of New York, Appellant.— Decision amended by striking therefrom the words " with costs to the appellant to abide the event," and inserting in lieu thereof " without costs to either party."

The People of the State of New York ex rel. Edward Valiant v. James D. Patton, as Sheriff of Albany County and Custodian of the Albany County Penitentiary, Defendant.— Relator discharged, upon the ground that a year having elapsed the court had not the power to impose imprisonment upon him. All concurred, except Cochrane, J., not voting.

The People of the State of New York ex rel. Hermann E. Goldschmidt, Appellant, v. Eugene M. Travis, State Comptroller, Respondent.— Motion granted.

Frank Santoro, Respondent, v. George H. Close and William J. Close, Doing Business as a Partnership under the Name and Style of Close Brothers, Appellants.— Judgment and order unanimously affirmed, with costs.

Water Commissioners of the City of Binghamton, Respondent, v. The City of Binghamton and Others, Appellants.— Motion granted.

Alta M. Weaver, Respondent, v. Leon L. Delamarter, Appellant.— Judgment and order unanimously affirmed, with costs.